(June 13, 1996)

■ Summit Rovins & Feldesman, Respondent, v Fonar Corporation, Appellant. [643 NYS2d 343]

The IAS Court properly rejected defendant's document demands since information concerning plaintiff's billings to other clients is not material and necessary to the defense of the action (CPLR 3101 [a]).

Upon reargument, the unpublished decision and order of this Court entered on April 23, 1996 (Appeal No. 57633) recalled and vacated and a new decision and order substituted therefor, decided simultaneously herewith. Concur—Murphy, P. J., Sullivan, Ellerin, Nardelli and Mazzarelli, JJ.